# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana
_____ Division

*U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA FILED AUG 20 2024 CLERK*

Delores S. Harris

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Gina Lagarde, Trina Davis, Jeffrey Nelson, T'Nia Dubose, Jaimie Jakes Bailey

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Delores S. Harris |
| Street Address | 7630 Green Gate Drive |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70811 |
| Telephone Number | (225) 328-4860 |
| E-mail Address | deloresharris16@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name      Gina Lagarde, MD
    Job or Title *(if known)*      Regional Administrator/Medical Director, Region 9
    Street Address      648 North 4th Street
    City and County      Baton Rouge, East Baton Rouge Parish
    State and Zip Code      Louisiana, 70802
    Telephone Number      (225) 342-1128, Charles E. Watkins, Jr. Attorney LDH
    E-mail Address *(if known)*      Gina.Lagarde@LA.GOV

Defendant No. 2
    Name      Trina Davis
    Job or Title *(if known)*      Program Manager 3-DHH
    Street Address      Benson Tower #1850, 1450 Poydras Street
    City and County      New Orleans, Orleans Parish
    State and Zip Code      Louisiana, 70112
    Telephone Number      (225) 342-1128, Charles E. Watkins, Jr. Attorney LDH
    E-mail Address *(if known)*      Trina.Davis@LA.GOV

Defendant No. 3
    Name      Jeffrey Nelson
    Job or Title *(if known)*      Administrative Program Manager 2, Operation/Property Manager
    Street Address      648 North 4th Street
    City and County      Baton Rouge, East Baton Rouge Parish
    State and Zip Code      Louisiana, 70802
    Telephone Number      (225) 342-1128, Charles E. Watkins, Jr. Attorney LDH
    E-mail Address *(if known)*      Jeffrey.Nelson2@la.gov

Defendant No. 4
    Name      T'Nia Dubose
    Job or Title *(if known)*      Safety Manager Office of Public Health
    Street Address      648 North 4th Street
    City and County      Baton Rouge, East Baton Rouge Parish
    State and Zip Code      Louisiana 70802
    Telephone Number      (225) 342-1128, Charles E. Watkins Jr. Attorney LDH
    E-mail Address *(if known)*      T'Nia.Dubose2@LA.Gov

I.

    B.    The Defendants No. 5

| | |
|---|---|
| Name | Jaimie Jakes Bailey |
| Job or Title | Chief Human Resources Officer |
| | Southeast Louisiana Area Health Education Center |
| Street Address | 2301 N Highway 190, Suite 8 |
| City and County | Covington, St. Tammany Parish |
| State and Zip Code | Louisiana 70433 |
| Telephone Number | (985) 429-2607 |
| E-mail Address | JAIMIE.BAILEY@SELAHEC.ORG |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 US Code 4101- Defamation; 41 US Code 6503- Breach of Contract; 42 US Code 1981- Discrimination, Age; 42 US Code 2000e, et seq Racial Discrimination, Harassment, Retaliation, and Wrongful Termination.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I began employment with the La. Department of Health/Office of Public Health in January 2019 as an Administrative Program Coordinator 4, Safety Liaison. Basically, my job was to resolve questions and make necessary recommendations to correct unsafe conditions; ensure the agency complies with safety and loss prevention requirements set forth by the State Office of Risk Management; conduct training, building inspections, ensure that unsafe conditions do not exist. Beginning with my first inspection, I documented the clutter and disarray in the Medical Director's office, Gina Lagarde. I asked her, since I represented the Safety Department, if she would allow me to assist her in organizing her office. She ordered me out of her office. I notified my Supervisor about this discussion and the situation in this office and other offices in the building. My Supervisor discussed the issue with Dr. Lagarde. However, nothing was resolved. CONTINUE:

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## III. STATEMENT OF CLAIM CONTINUE:

During the time period of December 28, 2023 to February 27, 2024, I suffered discrimination, retaliation, harassment and intimidation from the following State of Louisiana Department of Health (LDH)/Office of Public Health (OPH) employees: Gina Lagarde MD, Trina Davis, Jeffrey Nelson, T'Nia Dubose and Southeast Louisiana Area Health Education Center (SELAHEC) employee, Jaimie Bailey.

The issue as described – Dr. Gina Lagarde refused to abide by the rules of the General Safety Policies of LDH, Office of Public Health Safety Rules, Management Safety Policy, and the Office of Risk Management (ORM) to maintain an appropriate office setting that was free of unsafe practices and conditions. The clutter and disarray of this office space was documented by me throughout my employment, Safety Liaison, with the Office of Public Health. This information was forwarded to the Management Staff in the Regional 9 Office. It was also reported to the ORM Representative, Jack Travis.

It came to my attention in a telephone call to the Safety Director, Timothy White, to find out what was happening to me. Dr. Lagarde had been directed by her supervisor to "clean up her office space." Once this was done, she conspired with members of the Safety Department; Trina Davis, Jeffrey Nelson, and T'Nia Dubose to retaliate against me. I was treated in a manner that none of my co-workers were treated. There were eight other Safety Liaisons. I was directed to report to the Main office in Baton Rouge, La. And my every move was questioned. The independence that I had as a former trusted employee was questioned and my every move was to be approved.

The discrimination/race charge centered on the fact that three white females: one, reported the conditions of this office to Human Resources. Another one voiced her displeasure about that "nasty office," and another one had requested to help her organize her office. She was ordered out, exactly as I was. Months of mistreatment followed my move to Baton Rouge.

On February 27, 2024, I reported to work, only to find my office key would not fit my office door. I had been locked out of my office and my computer. Jeffrey Nelson and Martina Stribling came to my office building and placed a conference call to Jaimie Bailey, SELAHEC, Human Resources, with Mrs. Bailey stating, "You are being terminated for failure to follow instructions and improper conduct." In my five years of employment with the OPH, I have never received any type of discipline. My five years of employment and performance was always lauded and met with high regards from everyone that I came to work with.

A favorable judgment, award of damages, any and other relief the court deems the Plantiff is entitled to.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/08/2024

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Delores S. Harris

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address