UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DELORES S. HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-680-SDJ** |
| **GINA LAGARDE, et al.** | **CONSENT** |

## ORDER

A Spears hearing was held on April 29, 2025. Plaintiff, Delores S. Harris, who is proceeding *pro se* in this litigation, did not appear. Based on Plaintiff's failure to attend the hearing,

**IT IS ORDERED** that Plaintiff, Delores S. Harris, shall **personally appear** before the undersigned Magistrate Judge at the Russell B. Long Federal Building and Courthouse, 777 Florida Street, **Courtroom 6**, in Baton Rouge, Louisiana, at **10:00 a.m. on May 21, 2025,** and **SHOW CAUSE** why sanctions should not be imposed or a dismissal be issued for failure to attend a hearing and failure to comply with Orders of this Court.

**IT IS FURTHER ORDERED** that a copy of this Order shall be set to Plaintiff, Delores S. Harris, at her address listed on PACER by both regular mail and certified mail, return receipt requested. **Plaintiff is advised that failure to appear will result in the dismissal of this action.**

Signed in Baton Rouge, Louisiana, on April 29, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

Cv35; T: 00:05

D. Harris via Certified Mail No. 7020 0640 0001 4750 5425